In the Matter of Winifred SCULLY, Bankrupt. Winifred SCULLY, Bankrupt-Appellant.

MONROE LOAN SOCIETY OF CONNECTICUT, Inc., by John E. Murray, Assignee, Objecting Creditor, Appellee.

No. 69.

Circuit Court of Appeals, Second Circuit.

Nov. 18, 1935.

D. George Levine, of New York City (Harry J. Levine, of New York City, of counsel), for appellant.

Herbert Tenzer, of New York City (M. P. Kletsky, of New York City, of counsel; N. R. Kaplan and I. S. Abrams, both of New York City, on the brief), for appellee.

1010

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.